| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY MESQUIAS, ET AL | **BROWNSVILLE DIVISION** |
| | **Criminal No.  1:18-CR-00008** |
| | **THIRD AMENDED EXHIBIT LIST** |
| ✓ **Government's List**    ☐ **Defendant's List** | **ATTORNEYS:**<br>Kevin Lowell, Jacob Foster, &<br>Andrew Swartz |

| JUDGE:<br>Rolando Olvera | CLERK:<br>Sandra Espinoza | REPORTER:<br>Sheila Perales | | | |
|---|---|---|---|---|---|

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| A1 | Blank CMS-1500 Claim Form | | | | |
| A2 | 855-A (Bee Caring Hospice Health, Inc.) 2013.11.05 | | | | |
| A3 | 855-A (Bee Caring Hospice Health, Inc.) 2014.03.26 | | | | |
| A4 | 855-A (BRM Home Health, PLLC) 2013.11.05 | | | | |
| A5 | *Intentionally Left Blank* | | | | |
| A6 | 855-A (Illumina, LLC) 2014.03.26 | | | | |
| A7 | 855-A (Professional Hospice Care) 2015.08.12 | | | | |
| A8 | 855-A (Virtue Home Health, Inc.) 2012.09.28 | | | | |
| A9 | 855-A (Well-Care Home Health, Inc.) 2013.07.03 | | | | |

| A10 | EFT (Bee Caring Hospice Healthcare, Inc.) | | | | |
|---|---|---|---|---|---|
| A11 | EFT (Bee Caring Hospice, LLC) | | | | |
| A12 | EFT (BRM Home Health, PLLC) | | | | |
| A13 | EFT (Excellent Home Care Provider Services, Inc.) | | | | |
| A14 | EFT (Illumina, LLC) | | | | |
| A15 | EFT (Professional Hospice Care, Inc.) | | | | |
| A16 | EFT (Virtue Home Health, Inc.) | | | | |
| A17 | EFT (Well-Care Home Health, Inc.) | | | | |
| A18-A | Medicare Claims Data (Bee Caring Hospice Healthcare, Inc.) 671696 | | | | |
| A18-B | Summary of Medicare Claims Data (Bee Caring Hospice Healthcare, Inc.) 671696 | | | | |
| A19-A | Medicare Claims Data (Bee Caring Hospice, LLC) 671781 | | | | |
| A19-B | Summary of Medicare Claims Data (Bee Caring Hospice, LLC) 671781 | | | | |
| A20-A | Medicare Claims Data (BRM Home Health, PLLC) 677922 | | | | |
| A20-B | Summary of Medicare Claims Data (BRM Home Health, PLLC) 677922 | | | | |
| A21-A | Medicare Claims Data (Excellent Home Care Provider Services) 741511 | | | | |

| A21-B | Summary of Medicare Claims Data (Excellent Home Care Provider Services) 741511 | | | | |
|---|---|---|---|---|---|
| A22-A | Medicare Claims Data (Illumina, LLC) 671779 | | | | |
| A22-B | Summary of Medicare Claims Data (Illumina, LLC) 671779 | | | | |
| A23-A | Medicare Claims Data for (Professional Hospice Care) 671524 | | | | |
| A23-B | Summary of Medicare Claims Data for (Professional Hospice Care) 671524 | | | | |
| A24-A | Medicare Claims Data (Virtue Home Health, Inc.) 679729 | | | | |
| A24-B | Summary of Medicare Claims Data (Virtue Home Health, Inc.) 679729 | | | | |
| A25-A | Medicare Claims Data (Well Care Home Health, Inc.) 679640 | | | | |
| A25-B | Summary of Medicare Claims Data (Well Care Home Health, Inc.) 679640 | | | | |
| A26-A | Medicare Claims Data (Outreach) 677032 | | | | |
| A26-B | Summary of Medicare Claims Data (Outreach) 677032 | | | | |
| A27 | Medicare Claims Data and Time Trend (Dr. Francisco Pena) | | | | |
| A28 | Medicare Benefit Policy Manual Home Health Care | | | | |
| A29 | Medicare Home Health Care Claims Processing | | | | |

| A30 | Medicare Benefit Policy Manual (Hospice) | | | | |
|---|---|---|---|---|---|
| A31 | Medicare Hospice Claims Processing | | | | |
| A32 | Professional Hospice Care Referral | | | | |
| A33 | 855-A (Bee Caring Hospice Health, Inc.) 2015.08.17 | | | | |
| A34 | EDI (Bee Caring Hospice Health, Inc.) | | | | |
| A35 | 855-A (BRM Home Health , PLLC) 2012.02.01 | | | | |
| A36 | 855-A (BRM Home Health, PLLC) 2012.04.12 | | | | |
| A37 | EDI (BRM Home Health, PLLC) | | | | |
| A38 | EDI (Excellent Home Care Provider Services) | | | | |
| A39 | 855-A (Illumina, LLC - IE) 2012.10.13 | | | | |
| A40 | 855-A (Illumina, LLC - CI 2) 2014.06.16 | | | | |
| A41 | EDI (Illumina, LLC) | | | | |
| A42 | 855-A (Outreach Medical - CI 11) 2011.11.12 | | | | |
| A43 | 855-A (Outreach Medical - CI 12) 2013.01.14 | | | | |
| A44 | 855-A (Outreach Medical - CI 13) 2013.11.05 | | | | |
| A45 | 855-A (Outreach Medical - CI 14) 2016.02.24 | | | | |
| A46 | 855-A (Outreach Medical - CI 15) 2016.05.10 | | | | |
| A47 | 855-A (Outreach Medical) 2013.02.20 | | | | |

| A48 | 855-A (Outreach Medical) 2012.02.29 | | | | |
|-----|-------------------------------------|---|---|---|---|
| A49 | EDI (Outreach Medical) | | | | |
| A50 | 855-I (Pena) 2013.07.02 | | | | |
| A51 | 855I-1 (Pena) 2009.12.10, 2010.02.04, 2010.03.04 | | | | |
| A52 | 855-I (Pena) 2014.06.19 | | | | |
| A53 | 855-I (Pena) 2014.05.14 | | | | |
| A54 | EDI (Pena) | | | | |
| A55 | 855-A (Professional Hospice - CI 3) 2012.09.06 | | | | |
| A56 | 855-A (Professional Hospice - CI 4) 2013.04.02 | | | | |
| A57 | 855A (Professional Hospice - CI 5) 2013.11.05 | | | | |
| A58 | 855-A (Professional Hospice) 2015.01.09 | | | | |
| A59 | EDI (Professional Hospice) | | | | |
| A60 | 855-A (Virtue Home Health, Inc. - CI 2) 2013.04.30 | | | | |
| A61 | 855-A (Virtue Home Health, Inc. - CI 4) 2013.10.21 | | | | |
| A62 | 855-A (Virtue Home Health, Inc. - CI 5) 2014.06.06 | | | | |
| A63 | 855-A (Virtue Home Health, Inc.) 2011.06.21 | | | | |
| A64 | 855-A (Virtue Home Health, Inc.) 2012.02.01 | | | | |
| A65 | A66 - RVK3 - Zpic Directed Revocation (Virtue Home Health 67-9729) | | | | |

| A66 | 855-A (Well Care Home Health, Inc. - CI 2) 2013.11.05 | | | | |
|---|---|---|---|---|---|
| A67 | EDI (Well Care Home Health, Inc.) | | | | |
| A68 | Recoupment Recommendation (Professional Hospice Care) | | | | |
| A69 | Provider Education (Professional Hospice Care) | | | | |
| B1 | BRM Home Health's Guidelines for Home Health Admission | | | | |
| B2 | The Merida Health Care Group's Guidelines for Hospice Admission | | | | |
| B3 | USB containing Merida Health Care Group patient records | | | | |
| B4 | Merida Health Care Group patient record for S.G. | | | | |
| B5 | Merida Health Care Group patient record for E.G. | | | | |
| B6 | Merida Health Care Group patient record for E.G. | | | | |
| B7 | Merida Health Care Group patient record for C.G. | | | | |
| B8 | Merida Health Care Group patient record for C.G. | | | | |
| B9 | Merida Health Care Group patient record for J.G. | | | | |
| B10 | Merida Health Care Group patient record for A.K. | | | | |
| B11 | Merida Health Care Group patient record for C.K. | | | | |
| B12 | Merida Health Care Group patient record for C.L. | | | | |
| B13 | Merida Health Care Group patient record for E.L. | | | | |

| B14 | Merida Health Care Group patient record for M.L. | | | | |
|---|---|---|---|---|---|
| B15 | Merida Health Care Group patient record for S.L. | | | | |
| B16 | Merida Health Care Group patient record for O.L. | | | | |
| B17 | Merida Health Care Group patient record for T.N. | | | | |
| B18 | Merida Health Care Group patient record for F.P. (Count 3) | | | | |
| C1 | July 2017 Recording Between Dr. Francisco Pena and R.C. at the Office of Mayor for Rio Bravo (Recording #1) | | | | |
| C2 | Transcript of Excerpts of July 2017 Recording Between Dr. Francisco Pena and R.C. at the Office of Mayor for Rio Bravo (Recording #1) | | | | |
| C3 | August 3, 2017 Recording Between Dr. Francisco Pena and J.A. at the Office of Mayor for Rio Bravo (Recording #2) | | | | |
| C4 | Transcript of Excerpts of August 3, 2017 Recording Between Dr. Francisco Pena and J.A. at the Office of Mayor for Rio Bravo (Recording #2) | | | | |
| C5 | Photograph of the $2,500 Cash Kickback Paid to Dr. Francisco Pena in Exchange for Patient Referrals on August 3, 2017 | | | | |
| C6 | August 18, 2017 Recording of Dr. Francisco Pena and J.A. at the Office of Mayor for Rio Bravo (Recording #3) | | | | |
| C7 | Transcript of Excerpts of August 18, 2017 Recording Between Dr. Francisco Pena and J.A. at the Office of Mayor for Rio Bravo (Recording #3) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C8 | Photograph of the $2,500 Cash Kickback Paid to Francisco Pena in Exchange for Patient Referrals on August 18, 2017 | | | | |
| C9 | October 27, 2017 FBI Recorded Interview of Francisco Pena (Recording #4) | | | | |
| C10 | Transcript of October 27, 2017 FBI Recorded Interview of Dr. Francisco Pena (Recording #4) | | | | |
| C11 | October 30, 2017 Recording Between Francisco Pena and E.J. (Recording #5) | | | | |
| C12 | Transcript of Excerpts of October 30, 2017 Recording Between Dr. Francisco Pena and E.J. (Recording #5) | | | | |
| C13 | August 18, 2017 Recording Between Dr. Jesus Virlar-Cadena and M.W. (Recording #6) | | | | |
| C14 | Transcript of August 18, 2017 Recording Between Dr. Jesus Virlar-Cadena and M.W. | | | | |
| D1 | Primary Care Physician file for Patient T.C. (Count 4) | | | | |
| D2 | Primary Care Physician file for Patient A.C. (Count 5) | | | | |
| D3 | Primary Care Physician file for Patient P.C. (Count 6) | | | | |
| D3-A | Primary Care Physician for file Patient P.C. (Count 6) - Excerpt | | | | |
| D4 | Primary Care Physician file for Patient C.L. | | | | |
| D5 | Primary Care Physician file for Patient E.B. | | | | |
| D6 | Primary Care Physician file for Patient J.H. (Count 2) | | | | |
| D7 | Primary Care Physician file for Patient J.R. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| E1 | Merida Health Care Group Patient Files Produced to the Grand Jury | | | | |
| E2 | Merida Health Care Group patient file for E.B. | | | | |
| E3 | Excerpt of Merida Health Care Group patient file for E.B. | | | | |
| E4 | Merida Health Care Group patient file for T.C. (Count 4) | | | | |
| E5 | Excerpt of Merida Health Care Group patient file for T.C. (Count 4) | | | | |
| E6 | Merida Health Care Group Patient File for A.C. (Count 5) | | | | |
| E7 | Excerpt of Merida Health Care Group Patient File for A.C. (Count 5) | | | | |
| E8 | Merida Health Care Group Patient File for P.C. (Count 6) | | | | |
| E9 | Excerpt of Merida Health Care Group Patient File for P.C. (Count 6) | | | | |
| E10 | Merida Health Care Group Patient File for J.C. (Count 7) | | | | |
| E11 | Excerpt of Merida Health Care Group Patient File for J.C. (Count 7) | | | | |
| E12 | Merida Health Care Group Patient File for M.C. | | | | |
| E13 | *Intentionally Left Blank* | | | | |
| E14 | Merida Health Care Group Patient File for J.H. (Count2) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| E15 | Excerpt of Merida Health Care Group Patient File for J.H. (Count 2) | | | | |
| E16 | Merida Health Care Group Patient File for J.H. (Count 2) | | | | |
| E17 | Excerpt of Merida Health Care Group Patient File for J.H. (Count 2) | | | | |
| E18 | Merida Health Care Group Patient File for C.L. | | | | |
| E19 | Excerpt of Merida Health Care Group Patient File for C.L. | | | | |
| E20 | Merida Health Care Group Patient File for F.P. (Count 3) | | | | |
| E21 | Excerpt of Merida Health Care Group Patient File for F.P. (Count 3) | | | | |
| E22 | Merida Health Care Group Patient File for Y.P. | | | | |
| E23 | Excerpt of Merida Health Care Group Patient File for Y.P. | | | | |
| E24 | Merida Health Care Group Patient File for J.R. | | | | |
| E25 | Excerpt of Merida Health Care Group Patient File for J.R. | | | | |
| E26 | Merida Health Care Group Patient File for M.T. | | | | |
| E27 | Excerpt of Merida Health Care Group Patient File for M.T. | | | | |
| E28 | 902(11) Signed by T.M. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| E29 | Merida Health Care Group Patient Files Produced to Grand Jury | | | | |
| E30 | Grand Jury Subpoena to Merida Health Care Group | | | | |
| F1 | Text Messages from April 2017 Involving Rodney Mesquias and Dr. Jesus Virlar-Cadena | | | | |
| F2 | Text Messages from February 2017 Involving Rodney Mesquias and Dr. Jesus Virlar-Cadena | | | | |
| F3 | Text Messages from January 2016 Involving Rodney Mesquias, Dr. Jesus Virlar-Cadena and Others | | | | |
| F4 | Text Messages from September 2017 Involving Rodney Mesquias, Henry McInnis, Dr. Jesus Virlar-Cadena and Others | | | | |
| F5 | Text Messages from August 2017 Involving Rodney Mesquias and Dr. Jesus Virlar-Cadena | | | | |
| F6 | Text Messages from October 2016 Involving Rodney Mesquias and Dr. Jesus Virlar-Cadena | | | | |
| F7 | Text Messages from May 2017 Involving Rodney Mesquias | | | | |
| F8 | Text Messages from January 2016 Involving Rodney Mesquias and Jose Garza | | | | |
| F9 | Text Messages from June 2016 Involving Rodney Mesquias and Jose Garza | | | | |
| F10 | Text Messages from July 2016 Involving Rodney Mesquias and Jose Garza | | | | |
| F11 | Text Messages from September 2016 Confirming the Identity of Jose Garza | | | | |

| | | | | | |
|---|---|---|---|---|---|
| F12 | Text Messages from September 2016 Involving Rodney Mesquias and Jose Garza | | | | |
| F13 | Text Messages from November 2016 Involving Rodney Mesquias and Jose Garza | | | | |
| F14 | Text Messages from January 2017 Involving Rodney Mesquias and Jose Garza | | | | |
| F15 | Text Messages from September 2017 Involving Rodney Mesquias and Jose Garza | | | | |
| G1 | Secretary of State Records Relating to Bee Caring Hospice, LLC | | | | |
| G2 | Secretary of State Records Relating to Bee Caring Hospice Healthcare, Inc. | | | | |
| G3 | Secretary of State Records Relating to BRM Home Health, PLLC | | | | |
| G4 | Secretary of State Records Relating to Excellent Home Care Provider Services, Inc. | | | | |
| G5 | Secretary of State Records Relating to Illumina, LLC | | | | |
| G6 | Secretary of State Records Relating to the Merida Health Care Group, Inc. | | | | |
| G7 | Secretary of State Records Relating to Merida Health Care Group of San Antonio, LLC | | | | |
| G8 | Secretary of State Records Relating to Professional Hospice Care | | | | |
| G9 | Secretary of State Records Relating to Virtue Home Health, Inc. | | | | |

| G10 | Secretary of State Records Relating to Well Care Home Health, Inc. | | | | |
|---|---|---|---|---|---|
| H1 | Medicare Payments Deposited by Merida Group Entities (2011 to 2017) | | | | |
| H2 | Medicare Payments Deposited by Merida Group Entities by Year | | | | |
| H3 | Payments to Rodney Mesquias from Merida Group Entities by Year | | | | |
| H4 | Payments to Jose Garza from Merida Group Entities by Year | | | | |
| H5 | Payments to Henry McInnis from Merida Group Entities by Year | | | | |
| H6 | Payments to Jesus Virlar-Cadena from Merida Group Entities by Year | | | | |
| H7 | Payments to M.W. from Merida Group Entities by Year | | | | |
| H8 | Medicare Billed Amounts for Merida Group Entities | | | | |
| H9 | Medicare Billed and Paid Amounts for Merida Group Entities - By Provider | | | | |
| H10 | Medicare Billed and Paid Amounts for Merida Group Entities where Dr. Eduardo Carrillo is Attending Physician (9/2013 to 11/2015) | | | | |
| H11 | Medicare Billed and Paid Amounts for Merida Group Entities where Dr. Francisco Pena was Attending Physician (5/2012 to 3/2017) | | | | |

| H12 | Medicare Billed and Paid Amounts for Merida Group Entities where Dr. Jesus Virlar is Attending Physician (5/2011 to 12/2017) | | | | |
| --- | --- | --- | --- | --- | --- |
| H13 | Medicare Claims Submitted by Merida Group Entities where Dr. Eduardo Carrillo, Dr. Francisco Pena, and Dr. Jesus Virlar are Attending Physicians (5/2011 to 12/2017) | | | | |
| H14 | Medicare Beneficiaries at Merida Group Entities where Dr. Eduardo Carrillo, Dr. Francisco Pena, and Dr. Jesus Virlar are Attending Physicians (5/2011 to 12/2017) | | | | |
| H15 | Heat Map of Medicare Beneficiary Residence for Merida Group Entities - Total | | | | |
| H16 | Heat Map of Medicare Beneficiary Residence for Merida Group Entities - Cities with Less Than 100 Beneficiaries | | | | |
| H17 | Check Dated March 12, 2014 from Professional Hospice Care, Inc. to Dr. Francisco Pena | | | | |
| H18 | Check Dated December 18, 2014 from Professional Hospice Care, Inc. to Dr. Francisco Pena | | | | |
| H19 | Check Dated October 10, 2016 from Professional Hospice Care, Inc. to Dr. Francisco Pena | | | | |
| H20 | Check Dated March 18, 2014 from Professional Hospice Care, Inc. to Dr. Eduardo Carrillo | | | | |
| H21 | Check Dated April 8, 2014 from Professional Hospice Care, Inc. to Dr. Eduardo Carrillo | | | | |
| H22 | Check Dated May 1, 2015 from Professional Hospice Care, Inc. to Dr. Eduardo Carrillo | | | | |

| H23 | Check Dated October 15, 2015 from Bee Caring Hospice, LLC to Dr. Jesus Virlar | | | | |
| H24 | Check Dated November 19, 2015 from Bee Caring Hospice, LLLC to Dr. Jesus Virlar | | | | |
| H25 | Check Dated November 18, 2016 from Bee Caring Hospice, LLC to Dr. Jesus Virlar | | | | |
| H26 | Count 2 - Medicare Beneficiary J.H. | | | | |
| H27 | Count 2 - Medicare Beneficiary J.H. | | | | |
| H28 | Count 3 - Medicare Beneficiary F.P. | | | | |
| H29 | Count 3 - Medicare Beneficiary F.P. | | | | |
| H30 | Count 4 - Medicare Beneficiary T.C. | | | | |
| H31 | Count 4 - Medicare Beneficiary T.C. | | | | |
| H32 | Count 5 - Medicare Beneficiary A.C. | | | | |
| H33 | Count 5 - Medicare Beneficiary A.C. | | | | |
| H34 | Count 6 - Medicare Beneficiary P.C. | | | | |
| H35 | Count 6 - Medicare Beneficiary P.C. | | | | |
| H36 | Count 7 - Medicare Beneficiary J.C. | | | | |
| H37 | Count 7 - Medicare Beneficiary J.C. | | | | |
| H38 | Rodney Mesquias Vehicles | | | | |
| H39 | Vehicle Registration for Rodney Mesquias | | | | |

| H40 | Francisco Pena Vehicles | | | | |
|---|---|---|---|---|---|
| H41 | Vehicle Registration for Francisco Pena | | | | |
| H42 | Henry McInnis Vehicles | | | | |
| H43 | Vehicle Registration for Henry McInnis | | | | |
| H44 | Jose Garza Vehicles | | | | |
| H45 | Vehicle Registration for Jose Garza | | | | |
| H46 | Rodney Mesquias Chase Card Activity: Lifestyle Purchases $1,000 or Greater 12/2009 to 4/2017 | | | | |
| H47 | Rodney Mesquias Chase Card Activity: Lifestyle Purchases $1,000 or Greater 12/2009 to 4/2017 (Graph) | | | | |
| H48 | Rodney Mesquias Chase Card Activity by Merchant Grouping: Lifestyle Purchases $1,000 or Greater 12/2009 to 4/2017 | | | | |
| H49 | Dr. Jesus Virlar: Top Attending Provider at Bee Caring Hospice | | | | |
| H50 | Dr. Eduardo Carrillo: Attending Provider at Bee Caring Hospice Healthcare | | | | |
| H51 | Professional Hospice Care Top 12 Lengths of Stay | | | | |
| H52 | Dr. Virlar and Dr. Pena: Top Attending Providers at Professional Hospice Care | | | | |
| H53 | Dr. Francisco Pena: Top Attending Provider at Virtue Home Health | | | | |

| | | | | | |
|---|---|---|---|---|---|
| H54 | Dr. Eduardo Carrillo: Attending Provider at BRM Home Health | | | | |
| H55 | Dr. Jesus Virlar: Attending Provider at Outreach Health Services of San Antonio/Merida Health Care Group of San Antonio | | | | |
| H56 | Payments from Henry McInnis to Rodney Mesquias | | | | |
| H57 | Transfers To/From BRM Home Health to Other Merida Group Entities - 4/2011 to 4/2017 | | | | |
| H58 | Examples of Payments from BRM Home Health to Merida Group Entities Over $10,000 Traced to Medicare Proceeds | | | | |
| H59 | Example of Payment from Illumina LLC to Real Property Over $10,000 Traced to Medicare Proceeds | | | | |
| H60 | Cashier's Check from Illumina LLC to First American Title re: Boca Del Mar Property | | | | |
| H61 | Examples of Payments from Merida Group Entities to Chase Over $10,000 Traced to Medicare Proceeds | | | | |
| H62 | Examples of Payments from Merida Group Entities to AMEX Over $10,000 Traced to Medicare Proceeds | | | | |
| H63 | Payments to Rodney Mesquias from Merida Group Entities by Year | | | | |
| H64 | Payments to Jose Garza from Merida Group Entities by Year | | | | |
| H65 | Payments to Henry McInnis from Merida Group Entities by Year | | | | |
| H66 | Payments to Jesus Virlar-Cadena from Merida Group Entities by Year | | | | |

| H67 | Payments to M.W. from Merida Group Entities by Year | | | | |
| H68 | Examples of Payments from Merida Group Entities to Rodney Mesquias over $10,000 | | | | |
| I1 | Bank of America Records for Well-Care Home Health, Inc. Account Ending in 4038 | | | | |
| I2 | Bank of America Signature Card for Well-Care Home Health, Inc. Account Ending in 4038 | | | | |
| I3 | BBVA Compass Records for Bee Caring Hospice, Inc. Account Ending in 7869 | | | | |
| I4 | BBVA Compass Signature Card for Bee Caring Hospice, Inc. Account Ending in 7869 | | | | |
| I5 | BBVA Compass Records for BRM Home Health PLLC Account Ending in 0068 | | | | |
| I6 | BBVA Compass Signature Card for BRM Home Health PLLC Account Ending in 0068 | | | | |
| I7 | BBVA Compass Records for Excellent Homecare Providers Services, Inc. Account Ending in 7355 | | | | |
| I8 | BBVA Compass Signature Card for Excellent Homecare Providers Services, Inc. Account Ending in 7355 | | | | |
| I9 | BBVA Compass Records for Illumina, LLC Account Ending in 8043 | | | | |
| I10 | BBVA Compass Signature Card Illumina, LLC Account Ending in 8043 | | | | |

| I11 | BBVA Compass Records for Outreach Health Services of San Antonio, LLC Account Ending in 6234 | | | | |
|---|---|---|---|---|---|
| I12 | BBVA Compass Signature Card for Outreach Health Services of San Antonio, LLC Account Ending in 6234 | | | | |
| I13 | BBVA Compass Records for Professional Hospice Care, Inc. Account Ending in 1607 | | | | |
| I14 | BBVA Compass Signature Card for Professional Hospice Care, Inc. Account Ending in 1607 | | | | |
| I15 | BBVA Compass Records for Virtue Home Health, Inc. Account Ending in 2868 | | | | |
| I16 | BBVA Compass Signature Card for Virtue Home Health, Inc. Account Ending in 2868 | | | | |
| I17 | BBVA Compass Records for Well-Care Home Health, Inc. Account Ending in 2786 | | | | |
| I18 | BBVA Compass Signature Card for Well-Care Home Health, Inc. Account Ending in 2786 | | | | |
| I19 | Chase Records for Excellent Homecare Providers Services, Inc. Account Ending in 5707 | | | | |
| I20 | Chase Signature Card for Excellent Homecare Providers Services, Inc. Account Ending in 5707 | | | | |
| I21 | Chase Records for Virtue Home Health, Inc. Account Ending in 9315 | | | | |
| I22 | Chase Signature Card for Virtue Home Health, Inc. Account Ending in 9315 | | | | |

| I23 | Chase Records for Well-Care Home Health, Inc. Account Ending in 8885 | | | | |
|-----|---------------------------------------------------------------------|--|--|--|--|
| I24 | Chase Signature Card for Well-Care Home Health, Inc. Account Ending in 8885 | | | | |
| I25 | IBC Records for 1970 LLC Account Ending in 5782 | | | | |
| I26 | IBC Depositor's Agreement for 1970 LLC Account Ending in 5782 | | | | |
| I27 | IBC Records for Bee Caring Hospice Health Care, Inc. Account Ending in 0983 | | | | |
| I28 | IBC Depositor's Agreement for Bee Caring Hospice Health Care, Inc. Account Ending in 0983 | | | | |
| I29 | IBC Records for BRM Home Health, PLLC Account Ending in 8921 | | | | |
| I30 | IBC Depositor's Agreement BRM Home Health, PLLC Account Ending in 8921 | | | | |
| I31 | IBC Records for Illumina, LLC. Account Ending in 5854 | | | | |
| I32 | IBC Depositor's Agreement for Illumina, LLC Account Ending in 5854 | | | | |
| I33 | Bank of America Signature Card for Excellent Home Care Provider Services Ending in 8807 | | | | |
| I34 | Bank of America Records for Excellent Home Care Provider Services Ending in 8807 | | | | |
| I35 | BBVA Compass Records for Bee Caring Hospice LLC Account Ending in 3740 | | | | |

| I36 | BBVA Compass Signature Card for Bee Caring Hospice LLC Account Ending in 3740 | | | | |
|-----|------------------------------------------------------------------------------|--|--|--|--|
| I37 | Chase Credit Card Records for Rodney Mesquias | | | | |
| I38 | IBC Records for Account Ending in 9762 | | | | |
| I39 | IBC Records for Account Ending in 2819 | | | | |
| I40 | IBC Records for Account Ending in 2013 | | | | |
| J1 | Plea Agreement/Signed Statement of Facts as to Eduardo Carrillo | | | | |
| J2 | Plea Agreement/Signed Statement of Facts as to Jesus Virlar-Cadena | | | | |
| J3 | Grand Jury Testimony of R.A. | | | | |
| J4 | Grand Jury Testimony of J.Z. | | | | |
| J5 | Grand Jury Testimony of T.M. | | | | |
| J6 | Texas Medical Board Records for Francisco Pena | | | | |
| J7 | Texas Nursing Board Records for Rodney Mesquias | | | | |
| K1 | Selected Checks Seized from Virlar-Cadena's home (1B466) | | | | |
| K2 | Selected Merida Health Care Group and Other Miscellaneous Records Seized from Virlar-Cadena's Home (1B467) | | | | |
| K3 | Selected Merida Health Care Group Records and Other Miscellaneous Records Seized from Virlar-Cadena's Home (1B468) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L1 | Merida Health Care Group's Operations in Texas | | | | |
| L2 | Merida Health Care Group Medical Director Map | | | | |
| L3 | Merida Health Care Group Leadership Chart | | | | |
| L4 | A Typical Money Laundering Scheme | | | | |
| L5 | Money Laundering in Health Care Fraud Schemes (Payments to Directors, Investments & Lifestyle Expenses) | | | | |
| L6 | Use of Nominee Owner in Health Care Fraud Scheme | | | | |
| L7 | Use of Nominee Owner at Merida Group | | | | |
| L8 | Money Laundering in Health Care Fraud Schemes | | | | |
| M1 | Kickback Check Relating to Overt Act ¶ 59 (a); Check dated March 12, 2014 from Rodney Mesquias to Dr. Francisco Pena with Memo Line "Feb 2014 Services and $500 Face to Face" | | | | |
| M2 | Kickback Check Relating to Overt Act ¶ 59 (b); Check dated December 18, 2014 from Rodney Mesquias to Dr. Francisco Pena with Memo Line "Merry Christmas" | | | | |
| M3 | Kickback Check Relating to Overt Act ¶ 59 (c); Check dated October 10, 2016 from Rodney Mesquias to Dr. Francisco Pena with Memo Line "MD Directorship-August and September Services" | | | | |
| M4 | Kickback Check Relating to Overt Act ¶ 59 (d); Check dated March 18, 2014 from Rodney Mesquias to Medical Director 1 with Memo Line "27 Face to Face" | | | | |

| | | | | | |
|---|---|---|---|---|---|
| M5 | Kickback Check Relating to Overt Act ¶ 59 (e); Check dated April 8, 2014 from Rodney Mesquias to Medical Director 1 with Memo Line "Face to Face" | | | | |
| M6 | Kickback Check Relating to Overt Act ¶ 59 (f); Check Dated May 1, 2015 from Rodney Mesquias to Medical Director 1 with Memo Line"10 F2F" | | | | |
| M7 | Kickback Check Relating to Overt Act ¶ 59 (g); Check Dated October 15, 2015 from Rodney Mesquias to Dr. Jesus Virlar-Cadena with Memo Line "F2F September 2015 Services" | | | | |
| M8 | Kickback Check Relating to Overt Act ¶ 59 (h); Check Dated November 19, 2015 from Rodney Mesquias to Dr. Jesus Virlar-Cadena with Memo Line "October 2015 44 Face to Face Visits" | | | | |
| M9 | Kickback Check Relating to Overt Act ¶ 59 (i); Check Dated November 18, 2016 from Rodney Mesquias to Dr. Jesus Virlar-Cadena with Memo Line "28 F2Fs" | | | | |
| N1 | Check Dated December 16, 2013 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $50,000.00 | | | | |
| N2 | Check Dated March 28, 2014 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $40,940.09 | | | | |
| N3 | Check Dated July 15, 2014 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $70,494.26 | | | | |
| N4 | Check Dated October 20, 2014 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $80,155.31 | | | | |

| N5 | Check Dated January 19, 2015 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $60,557.31 | | | | |
|---|---|---|---|---|---|
| N6 | Check Dated March 16, 2015 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $37,066.30 | | | | |
| N7 | Check Dated July 16, 2015 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $25,301.31 | | | | |
| N8 | Check Dated October 23, 2015 from Rodney Mesquias/Professional Hospice Care, Inc. to M.W. in the Amount of $50,430.30 | | | | |
| O1 | Records from the Department of Motor Vehicles and Related Records | | | | |
| O1-A | Highlighted Copy of DMV-Merida-Subjects | | | | |
| P1 | Business Records of Generous Homecare Management, LLC | | | | |
| P2 | Photographs of the Interior of Francisco Pena's Medical Clinic | | | | |